[Nos. 49780-4-I; 49997-1-I;    Division One.    December 1, 2003.]
49831-2-I; 50513-1-I.

THE STATE OF WASHINGTON, *Respondent*, v. SETH S.
GLADSTONE, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Whatcom County, Nos. 01-1-00683-8, 01-1-00688-9, 01-1--00685-4, and 01-1-00686-2; Michael F. Moynihan, J., entered January 7, 2002. *Reversed* by unpublished opinion per Ellington, J., concurred in by Baker and Appelwick, JJ.

[No. 49829-1-I.    Division One.    December 1, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v.
MYRON MOSS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-01504-1, LeRoy McCullough, J., entered December 21, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 50734-6-I.    Division One.    December 1, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v.
SAIA MOIMOI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-00918-9, Douglas D. McBroom, J., entered June 7, 2002. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox, A.C.J., and Schindler, J.

[No. 51427-0-I.    Division One.    December 1, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP VON
HENRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-09282-7, Anthony P. Wartnik, J., entered August 12, 2002. *Affirmed* by unpublished per curiam opinion.